UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REINA TEA WOOD-JIMENEZ., <br><br>　　　　　　　　Plaintiff, <br><br>　v. <br><br>DEPARTMENT OF MOTOR VEHICLES NEVADA., <br><br>　　　　　　　　Defendant. | Case No. 3:23-CV-00583-MMD-CLB <br><br>**ORDER DENYING MOTION FOR HEARING** <br><br>[ECF No. 35] |

On March 27, 2024, Plaintiff Reina Tea Wood-Jimenez ("Wood-Jimenez") filed a motion requesting a hearing with the Court "on the facts of the case." (ECF No. 35.) First, it would be improper to set a hearing at this time as it is unclear whether service has been effectuated on the defendants. Moreover, to date, none of the defendants have filed a responsive pleading, document or made a notice of appearance of any kind in this case. In addition, there are no issues currently pending before the Court making a hearing unnecessary. Finally, Wood-Jimenez does not support her motion with points and authorities. (*Id.*) Failure of the moving party to file a points and authorities constitutes a consent to the denial of the motion. LR 7-2. For all of these reasons, Wood-Jimenez's motion for hearing, (ECF No. 35), is **DENIED**.

**IT IS SO ORDERED.**

**DATED**:  March 28, 2024  .

_____
**UNITED STATES MAGISTRATE JUDGE**